IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-13-0673 |
| | § | |
| FERNANDO CABRERA-CRUZ, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Defendant's Unopposed Motion to Waive the PSR is granted. The court finds that sufficient information exists in the record to enable it to exercise its sentencing authority under 18 U.S.C. § 3553. Sentencing in this case is set for **January 22, 2014, at 9:00 a.m.**

SIGNED on January 14, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge